# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148424

IN re HARDY ESTATE.

_____

ERA ANN HARDY, Personal Representative of the
ESTATE of JOHN OLIVER HARDY, JR.,
      Appellee,

v

JOHN OLIVER HARDY III,
      Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148424
COA: 315608
Muskegon PC: 84-056374-DE

      On order of the Court, the application for leave to appeal the October 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

p0421